IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VALERIE L. FLORES,

                Plaintiff,

  v.

                                                    ORDER

HABITAT FOR HUMANITY OF DANE CNTY., INC.,
STATE OF WIS. DEP'T OF WORKFORCE DEV.         24-cv-563-jdp
EQUAL RIGHTS DIV. and LABOR INDUSTRY
REVIEW COMMISSION OF N.Y.,

                Defendants.

---

With a minor exception immaterial here, plaintiff Valerie L. Flores is barred from filing new civil lawsuits in this court without prepaying the full filing fee. Case No. 23-cv-398-jdp, Dkt. 23 at 7. Under that bar order, any civil lawsuit that Flores files without full prepayment will be docketed and summarily dismissed. *Id.*

Flores recently brought a lawsuit in the Southern District of New York alleging that defendant Habitat for Humanity of Dane County, Inc. mistreated her based on her race and other characteristics in denying two applications for housing. Dkt. 1. Most of the defendants are located in Wisconsin. Flores bases her assertion of discrimination entirely on events that occurred in Wisconsin. *See id.*; Dkt. 4 at 2–3. That action was transferred to this district on venue grounds. Dkt. 4. Flores didn't prepay the filing fee while that action was pending in the Southern District of New York.

Previously, a case that Flores filed in the Southern District of New York was transferred to this district on venue grounds. Case No. 24-cv-532-jdp. I noted in that case that the bar order doesn't expressly refer to cases that Flores files in another district without prepaying the filing fee but that are transferred to this district on venue grounds. Dkt. 6 at 1 in the '532 case.

But I determined that it was appropriate to make Flores prepay the full filing fee now that the '532 case had been transferred here. *Id.* I reasoned that, were it otherwise, Flores could circumvent the bar order by filing in other districts cases in which venue is proper in this district only. *Id.*

As I did in the '532 case, I will give Flores 21 days to pay the full filing fee in this case. Flores can fulfill that requirement by submitting a check or money order for $405 payable to "Clerk, U.S. District Court" and mailing the payment to this address: United States District Court for the Western District of Wisconsin, Clerk's Office, 120 N. Henry St., Room 320, Madison, WI 53703. Flores should include with her check or money order a note specifying which of her cases pending in this court the full filing fee pertains to. If the court doesn't receive the full filing fee in 21 days, this case will be dismissed with prejudice. I will direct the clerk to forward copies of this order and the bar order to the Southern District of New York, as it seems likely that Flores will continue to file lawsuits in that district even though venue is proper only in this district.

ORDER

IT IS ORDERED that:

1. Plaintiff Valerie L. Flores may have until September 25, 2024, to pay the $405 filing fee as provided in this order.

2. Plaintiff is cautioned that, if the court doesn't receive the full filing fee by this deadline, this case will be dismissed with prejudice.

3. The clerk is directed to send copies of this order and Dkt. 23 in Case No. 23-cv-398 to the Southern District of New York.

4. The clerk is directed to send Flores a copy of this order.

Entered September 4, 2024.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge